Application for Compensation

Itemized Fees

Elsie Jones

Case No. 23-12363

| Date | Work Performed | Hours |
|---|---|---|
| 4/28/23 | CONSULTATION: CHP 7; NO REAL ESTATE; | N/C |
| 5/7/23 | T/C D RE CHAPTER 7 FILING; DAUGHTER ON PHONE; | .5 |
| 5/8/23 | T/C D RE QUESTION IF REAL LAWFIRM BEFORE PAYING; ADVISE WE ARE; WILL FORWARD WEBSITE AS PROOF; <br>EMAIL D: BIO | .3 |
| 5/9/23 | EMAIL FR D: RECEIVED BIO, BUT MIGHT NOT BE REAL; WANTS TO MEET IN PERSON <br>EMAIL D: ADVISE REAL; WILL BE IN GLENSIDE MON-THURS; <br>EMAIL FR D: GLENSIDE FAR, CAN MEET SAT? <br>EMAIL D: WILL COME IN; 1030; DON'T BE LATE | .1 <br> .1 |
| 5/13/23 | T/C D: D RUNNING LATE; WAITING FOR DAUGHTER TO DRIVE HER; ADVISE LEAVING AT NOON; <br>V/M D: ADVISED HAVE TO LEAVE; WAITED SINCE 1030 | .5 |
| 5/13/23 | V/M D: RE SORRY COUDLNT MAKE IT | N/C |
| 5/14/23 | T/C D: SHE WANTS ANOTHER APPTY; TOLD HER NEED TO BE MON-THURS; ADVISED TO STOP CALLING LATE AT NIGHT; APOLOGIZED; SAME NAME AS GRANDDAUGHTER | .2 |
| 5/16/23 | T/C LIZ: FRONT DESK; ADV D CAME TO BUILDING LOOKING FOR ME; DROPPED OFF DOCUMENTS | N/C |
| 5/16/23 | V/M D: CAME TO OFFICE; ADVISED IN GLENSIDE MON-THURS; IF WANT APPOINTY; NEED TO SCHEDULE | .1 |
| 5/17/23 | V/M D: CLEAR LOOKING FOR GDAUGHTER | N/C |
| 5/18/23 | V/M D: 2 MISSED CALLS; LOOKING FOR GDAUGHTER; EMAIL D MAYBERRY TO CALL HER; | .1 |
| 5/22/23 | T/C D: LOOKING FOR GRANDDAUGHTER; ADVISED TO UPDATE MY CONTACT AS LAWYER; WILL ASK G-DAUGHTER HOW; ADVISED CANT KEEP CALLING ME LATE AT NIGHT; ADVISED RECEIVED DOCS BUT NEEDS TO MAKE PAYMENT IN FULL TO FILE & SCHEDULE AN APPOINTMENT TO PREPARE PETITION | .2 |
| 5/29/23 | T/C D: ADVISED AGAIN, CHANGE NAME IN PHONE; CALLED ME 5 TIMES YESTERDAY/TODAY/HOLIDAY WEEKEND; QUESTIONS ABOUT CHP 7 | .3 |

| Date | Description | Time |
|---|---|---|
| 6/18/23 | V/M D: DAUGHTER WANTS TO VISIT OFFICE TO CONFIRM REAL PLACE BEFORE PAY; FORWARD V/M TO MAYBERRY | .1 |
| 6/28/23 | V/M D: DROPPED OFF DOCS TO FILE<br>V/M D: NEED APPOINTMENT, CCC, PAYMENT TO FILE | .1 |
| 7/28/23 | V/M D: LOOKING FOR GDAUGHTER; | .1 |
| 7/28/23 | T/C D RE THINKS CAR STOLEN; THOUGHT GDAUGHTER HAD CAR; ADV CALL POLICE; SAYS ONLY OWES FOR JUNE; ADV NEED TO MAKE PAYMENTS | .2 |
| 7/28/23 | T/C D: FILED POLICE REPORT; TRY CREDIT UNION; SEE IF THEY REPO'D; WEIRD IF ONLY OWE FOR JUNE; THOUGHT DIDN'T HAVE TO PAY CAR B/C FILING BK; ADVISED NO B/C CHP 7; NEED BE CURRENT; | .2 |
| 7/29/23 | T/C D: CAR REPO'D; ADVISED WILL NEED TO FILE CHP 13 INSTEAD OF 7 IF CANT CURE ARREARS; NEED TO KNOW FULL AMOUNT; THOUGHT WASN'T SUPPOSED TO PAY ANY BILLS B/C FILING BK; AGAIN TOLD HER NO; | .4 |
| 7/29/23 | EMAIL D MAYBERRY RE REACH OUT TO CREDIT UNION; REINSTATEMENT AMOUNT; REPO LOCATION<br>EMAIL EXCHANGE D: WONT TALK TO US W/O POA OR BK; WILL ADVISE D | .1<br>.1 |
| 7/29/23 | REVIEW FILE; NEED CCC; PAYMENT TO FILE EMERGENCY BK; PARTIAL DOCS; CREDIT REPORT PULLED; EMAIL D MAYBERRY RE NEED CCC | .2 |
| 8/1/23 | EMAIL D MAYBERRY RE NEED APPTY; CAR WILL BE SOLD IF DON'T FILE; NEED CCC<br>EMAIL EX D MAYBERRY – D WILL CALL TOMORROW | .1<br>.1 |
| 8/2/23 | T/C D: RE CAR REPO; ADV NEED TO DECIDE IF WANT TO KEEP CAR (CHP 13) OR SURRENDER (CHP 7); LIMITED TIME TO RECOVER; EXPLAINED DIFFERENCE; | .5 |
| 8/3/23 | T/C D RE DOCUMENTS; ADVISED DROP OFF TO OFFICE; ADVISED CANT GET CAR UNTIL FILE BK | .2 |
| 8/4/23 | V/M D RE LOOKING FOR GRANDDAUGHTER TO GET UBER<br>EMAIL D MAYBERRY – SCH APPTY FOR D PLEASE W. DAUGHTER OR SON; WILL MEET IN PHILLY; GIVE LIST OF DOCS STILL NEEDED | N/C<br>.1 |
| 8/5/23 | T/C D RE FILING CASE; QUESTIONS OVER 7/13; 80YR OLD; WHY NEED ALL INFO ASKING; ADV NEED FOR TRUSTEE BY LAW; WANTS HER DAUGHTER TO HEAR; T/C D & DAUGHTER: EXPLAIN WHY NEED DOCS; WILL TALK TO HER BROTHER | .8 |
| 8/6/23 | EMAIL EX MAYBERRY: D DOESN'T HAVE ALL DOCS; STILL COME? (YES) | .1 |
| 8/7/23 | FILE EMERGENCY BK; | .4 |

| | | |
|---|---|---|
| | MEET W. SON (LATE, CAME FROM DELAWARE); DISCUSS IF NEED NEXT FRIEND (NOT AT THIS TIME); NEED A POA PREPARED (D 80 YR OLD); EXPLAIN BK PROCESS; QUESTION IF D SHOULD BE DRIVING/IF WORTH KEEPING CAR; D WANT TO DO 13; D NO DOCS; D DIDN'T WANT TO DO INTAKE W. SON THERE; ADV SON/DAUGHTER WILL NEED TO HELP HER @ SOME PT, SO WILL NEED TO "KNOW HER BUSINESS" BUT OK; EXPLAIN BK PROCESS SON; DIFF BTW 7/13<br>EMAIL MAYBERRY: CALL CREDIT UNION; RELEASE VEHICLE | 1.1<br>.1 |
| 8/7/23 | EMAIL EX MAYBERRY: CU WONT TALK TO US W/O POA; ADV DO 3WAY W D/ | .1 |
| 8/9/23 | V/M D RE EMERGENCY, CU WONT RELEASE CAR; | N/C |
| 8/9/23 | V/M D RETURNING CALL<br>V/M D RE LETTER FROM COURT | .1 |
| 8/9/23 | T/C D RE LETTER FROM COURT; NEED APPTY TO COMPLETE PETITION; CALL D MAYBERRY TO RECOVER CAR | .3 |
| 8/9/23 | EMAIL DORIS – TRY REACH CREDIT UNION; SEE WHERE CAR LOCATED | .1 |
| 8/9/23 | T/C D RE WANTED ME TO CALL UBER; ADVISED NOT GRANDDAUGHTER; REMINDED HER TO CALL DORIS | .1 |
| 8/9/23 | V/M D RE LOOKING FOR DORIS; EMAIL D MAYBERRY – PLEASE CALL D | .1 |
| 8/9/23 | V/M D RE EMERGENCY; RETURNING DORIS CALL; FORWARD TO DORIS | .1 |
| 8/9/23 | EMAIL EX. DORIS – KEEPS CALLING D BUT GOES STRAIGHT TO V/M | .1 |
| 8/9/23 | T/C D RE DORIS TRYING TO REACH HER; TRANSFER TO DORIS; DON'T KNOW WHERE CAR IS RT NOW, SHE NEEDS TO WAIT | .1 |
| 8/10/23 | EMAIL D: FORWARD INFO FOR WHERE TO PICK UP CAR | .1 |
| 8/10/23 | T/C D RE CAR REPO; PLACE CLOSED; TRANSFER TO D MAYBERRY | .1 |
| 8/10/23 | V/M D RE URGENT, NO MSG | .1 |
| 8/10/23 | V/M D RE URGENT, NO MSG | N/C |
| 8/10/23 | EMAIL EXCH. MAYBERRY: KEEPS GETTING TRANSFERRED AROUND @ CU; ADV D PANICKING/CALLING NON-STOP; CANT GET WORK DONE; REQUESTED STEP IN<br>T/C RE D & CREDIT UNION (ERIN MOORE FMFCU) RE RETURN OF CAR; ADV WILL CALL REPO TO NOT SELL CAR; INC. HOLD/TRANSFERS | .1<br>.6 |
| 8/11/23 | T/C D RE CAR REPO; WENT TO LOCATION FOR CAR; WONT RELEASE W/O CU APPROVAL | .3 |

| Date | Description | Time |
|---|---|---|
| 8/11/23 | V/M D RE CAR REPO | .1 |
| 8/11/23 | V/M D RETURNING CALL | .1 |
| 8/11/23 | T/C D RE CAR REPO; ADVISED TO WAIT THERE WHILE I CALL ERIN @ CU TO RELEASE VEHICLE; EMAIL PROOF OF FILING TO DAUGHTER TO SHOW REPO; D ADVISES SHE'S GONE DOWN THERE MULTIPLE TIMES TO GET CAR & NEVER OPENED | .3 |
| 8/11/23 | V/M D RE CAR REPO | .1 |
| 8/11/23 | T/C ERIN @ FMFCU: D GONE TO REPO SEVERAL TIMES; POSTED HOURS AREN'T ACCURATE; WONT RELEASE VEHICLE; ADVISES WILL REFER TO HER ATTY; KNOWS ABOUT BK;<br>EMAIL D MAYBERRY: FORWARD PROOF OF FILING TO ERIN<br>EMAIL ERIN @ FMFCU: ADVISES WILL KEEP CAR UNTIL HEAR FROM ATTY, C BRENNAN | .2<br>.1 |
| 8/11/23 | EMAIL C BRENNAN – REQUEST RELEASE VEHICLE; FORWARD MOORE EMAIL; PROOF BK FILING; TRYING TO GET CAR BACK ALL WEEK | .1 |
| 8/11/23 | EMAIL FR BRENNAN RE CLIENT AWARE OF BK BUT KEEP PER PREPETITION STATUS QUO; WILL NOT BE SOLD; WANTS ADEQUATE PROTECTION PRIOR TO PICK UP; FOR AP WANTS: PROOF OF ADEQUATE INSURANCE FOR THE VEHICLE MUST BE PROVIDED. MY CLIENT DOES NOT CURRENTLY HAVE THIS FROM MS. JONES.<br>• MS. JONES MUST MAKE THE FIRST POST-PETITION PAYMENT DUE ON THE AUTO LOAN IN THE AMOUNT OF $630.91.<br>• MS. JONES MUST PAY THE REPOSSESSION FEE OF $425.00; THE FLAT BED FEE OF $150.00; AND ANY COLLATERAL STORAGE FEES CHARGED BY THE REPO YARD (I UNDERSTAND THIS TO BE $40.00 PER DAY FROM THE DATE THE REPO OCCURRED, AND PAYMENT SHOULD BE MADE DIRECTLY TO THE STORAGE FACILITY).<br>• THE DEBTOR MUST FILE, OR AT LEAST SHARE, A COPY OF A FEASIBLE CHAPTER 13 PLAN THAT SHOWS HOW SHE IS GOING TO AFFORD TO PAY THE PRE-PETITION LOAN ARREARS (INCLUDING PRINCIPAL AND INTEREST PAYMENTS, PLUS LATE CHARGES) AND THE REGULAR PAYMENTS GOING FORWARD.<br>FORWARD EMAIL MAYBERRY: GET PROOF OF INSURANCE | .2 |

| | | |
|---|---|---|
| 8/11/23 | EMAIL C BRENNAN: ADVISED INSURANCE IS AP PLUS EQUITY IN CAR; VEHICLE BEING PAID THROUGH PLAN; JUST RELEASE CAR | .1 |
| 8/11/23 | EMAIL EX D MAYBERRY: HAVE INSURANCE IN FILE, BUT MAYBERRY CALLED D LAST NIGHT; D DROPPED INSURANCE AFTER CAR REPO; WONT HAVE INSURANCE UNTIL 30TH | .1 |
| 8/11/23 | V/M D RE CAR INSURANCE | .1 |
| 8/11/23 | T/C D RE NEED INSURANCE OR CANT GET BACK CAR; WILL CALL HER SON; ADVISED DON'T CANCEL ANYTHING ELSE, CAUSING MORE PROBLEMS; CANCELLED INSURANCE B/C DIDN'T HAVE CAR; | .3 |
| 8/11/23 | V/M D RE SON ON LINE | .1 |
| 8/11/23 | V/M D RE RETURNING CALL | .1 |
| 8/11/23 | T/C D; 3-WAY SON; D NEEDS INSURANCE ; CANT GET INSURANCE REINSTATED AFTER CANCELLED IT; HE WILL TRY TO GET THROUGH HIS BUSINESS; ADVISED LET ME KNOW | .3 |
| 8/11/23 | EMAIL FR C BRENNAN: ADVISED ME TO FILE M FOR TURNOVER SINCE OBJECT TO OTHER CONDITIONS | .2 |
| 8/11/23 | RESEARCH TURNOVER ISSUE/AP/INSURANCE; FULTON; ADV V. M<br>EMAIL C BRENNAN RESEARCH RE TURNOVER, WANT ADVERSARY OR MOTION? | 1.6<br>.1 |
| 8/11/23 | EMAIL FR C BRENNAN: RECEIVED RESEARCH; WILL DISCUSS W. CLIENT; SEND M TURNOVER BEFORE FILING | .1 |
| 8/11/23 | DRAFT M TURNOVER, FORWARD BRENNAN | 1.4 |
| 8/11/23 | EMAIL FR C BRENNAN RE TURNOVER; WILL CONFIRM CONDITION OF VEHICLE W. REPO AGENT; IF CONDITION PAN OUT, CLIENT WILLING TO NEGOTIATE ON AP, BUT NOT WILLING WAIVE: (I) EVIDENCE OF ADEQUATE INSURANCE FOR THE VEHICLE; (II) A COPY OF A PLAN WITH APPROPRIATE SUPPORTING MATERIALS SHOWING HOW THE PRE-PETITION ARREARS AND PAYMENTS GOING FORWARD ARE GOING TO BE MADE; AND (III) PAYMENT OF ALL POST-PETITION STORAGE FEES ($40/DAY FROM AND AFTER THE VOLUNTARY PETITION DATE | .2 |
| 8/11/23 | EMAIL C BRENNAN: WASTING MONEY ON THIS; JUST GIVE OVER THE CAR; WILL GET INSURANCE | .1 |
| 8/11/23 | T/C D: REDACTED/ATTORNEY/CLIENT PRIVILEGE | .4 |
| 8/12/23 | EMAIL C BRENNAN: FORWARD PROOF OF INSURANCE/NADA | .1 |
| 8/13/23 | V/M D RE CAR REPO | .1 |
| 8/14/23 | V/M D RE CAR REPO; STILL WONT RELEASE | .1 |

| Date | Description | Time |
|---|---|---|
| 8/14/23 | T/C D RE: REPO WANTS 3000 TO GET CAR; ADVISE NOT TO PAY; ALSO STOP GOING DOWN THERE TIL TELL HER TO; WASTING TIME GOING THERE IF LAWYER WONT CLEAR | .3 |
| 8/14/23 | V/M C BRENNAN – REPO TRYING TO COLLECT FEE TO RELEASE CAR | .1 |
| 8/14/23 | EMAIL BRENNAN: CONDITION OF VEHICLE ACCEPTABLE; STILL WANTS OTHER ITEMS; SHE IS LEAVING TOWN THUR/FRI | .1 |
| | | |
| 8/14/23 | EMAIL EX C BRENNAN RE DRAFTING PROPOSED PLAN, BUT OBJECT TO POST-PETITION STORAGE FEES; | .2 |
| 8/14/23 | REVIEW NEW INSURANCE; FORWARD TO BRENNAN | .1 |
| 8/14/23 | EMAIL EXCHANGE C BRENNAN RE INSURANCE CARD NOT SUFFICIENT; FMFCU NOT LISTED AS LOSS PAYEE<br>T/C SON RE INSURANCE; WILL GET REISSUED | .1<br>.2 |
| 8/14/23 | EMAIL FR C BRENNAN: CLAIMS CANT GOOD FAITH RECOMMEND RELEASE B/C OF POST-PETITION STORAGE FEES; WANTS ME TO WAIVE OBJECTION TO FEES | .1 |
| 8/14/23 | EMAIL C BRENNAN ADVISE WILL NOT WAIVE; WILL FILE THE MOTION DRAFTED LAST WEEK | .1 |
| 8/14/23 | FORWARD M TURNOVER TO D MAYBERRY; UPDATE NOTICE/COS | .1 |
| 8/14/23 | FORWARD INSURANCE CARD TO CORINNE; REQUESTED HOLD OFF ON MOTION IF NOT FILED YET<br>EMAIL D MAYBERRY- HOLD ON FILING; MAYBERRY ADVISES IN MIDDLE FILING; BUT THINK CANCELLED IT; CHECKED DOCKET – NOT FILED | .1<br>.1 |
| 8/16/23 | T/C RE: CHP 7/13/CAR ISSUE; REDACTED ATTORNEY-CLIENT PRIVILEGE; DRAFT AMENDED PLAN; REVIEW DEF; J<br>EMAIL EX C BRENNAN: TO WAIVE POST-PETITION FEE; FORWARD PROPOSED PLAN | 1.20 |
| 8/17/23 | V/M D RE CAR | .1 |
| 8/17/23 | T/C D RE CAR; GO PICK IT UP | .2 |
| 8/17/23 | T/C D RE NEED TO SCHEDULE PICK UP VEHICLE; SHOULD BE THERE; ASKED ME TO TALK TO REPO | .4 |
| 8/21/23 | MEET W. D; REVIEW AND COMPLETE PETITION; REVIEW DOCS | 2.4 |
| 8/23/23 | EMAIL MAYBERRY RE DOCUMENTS PER DORIS REQUEST; HAVING ISSUES W. D | .1 |
| 8/24/23 | EMAIL MAYBERRY RE DOCUMENTS; D WANTS APPTY | .1 |
| 8/28/23 | V/M D RE APPOINTMENT | .1 |

| | | |
|---|---|---|
| 8/29/23 | V/M D RE APPOINTMENT | .1 |
| 8/29/23 | T/C D RE APPOINTMENT; MAKE APPTY W. DORIS NOT ME FOR DOCS | .1 |
| 9/1/23 | T/C D RE LOOKING FOR GRANDDAUGHTER | .1 |
| 9/4/23 | T/C D RE LOOKING FOR GRANDDAUGHTER, ADVISE IT AFTER 10; WANTS MAKE APPOINTMENT FOR TOMORROW; CLAIMS NOT RELATED TO DOCS | .1 |
| 9/5/23 | T/C D RE EXPLAIN TRUSTEE PAYMENT; TRUSTEE GETS A COMMISSION | .2 |
| 9/11/23 | EMAIL EXCHANGE T WALL; D MAYBERRY RE D CALLED TRUSTEE, ISSUE MAKING PLAN PAYMENT | .1 |
| 9/11/23 | T/C D & DAUGHTER RE TSF | .3 |
| 9/15/23 | REVIEW LENDER OBJECTION | .1 |
| 9/21/23 | EMAIL V WILSON – RECALL D RE FMFCU OBJECTION | . |
| 10/25/23 | REVIEW PETITION W. D RE 341; WHAT TO EXPECT<br>ATTEND 341 (DIFFICULTY W. HEARING) | .5<br>.5 |
| 10/25/23 | T/C D RE AGENT ORANGE LAWSUIT; PROVIDED INFO TO VA RE AGENT ORANGE;<br>CALL V MILLER @ VA RE AGENT ORANGE LAWSUIT; WILL LIKELY NEVER RECOVER ANYTHING; WANTS PROOF OF MARRIAGE;<br>SEND LETTER TO D RE AGENT ORANGE SUIT | .4<br>.8<br>.2 |
| 10/25/23 | REVIEW POCS, AMEND I/J/AB/SOFA; | .5 |
| 11/2/23 | EMAIL S FLAGLER RE 341 NOTES | N/C |
| 11/13/23 | EMAIL EXCHANGE RE CAR | .2 |
| 11/13/23 | EMAIL T WALL RE STATUS REPORT<br>EMAIL D MAYBERRY – DID D REQUEST THIS? (NO) | .1 |
| 12/9/23 | AMEND PLAN; T/C D RE AP<br>EMAIL EX C BRENNAN RE NOT GOIN TO OBJECT TO INTEREST RATE, IF NOT OBJECT TO POST-PETITION FEES; AGREED; WILL W/DRAW OBJECTION | .6 |
| 12/11/23 | T/C D – HEARD RADIO; WANTS FILE CHP 7; ADVISED CANT FILE B/C VEHICLE; IF WANT CHP 7, SURRENDER VEHICLE<br>EMAIL D MAYBERRY - AP | .4 |
| 12/11/23 | EMAIL J MILLER/VIKKI – AP FILED; CONFIRMATION CONT'D | .1 |
| 12/20/23 | LENDER W/DRAW | N/C |
| 1/23/24 | EMAIL RE CONFIRMATION J MILLER, LISTED ON WRONG CALENDAR? | .1 |
| 2/10/24 | EMAIL D MAYBERRY RE COS FOR AP; CONFIRM AP SERVED; REVIEW FILE; GOOD TO CONFIRM | .1<br>.4 |
| 2/11/24 | EMAIL J MILLER/WILSON RE CONFIRMATION; CREDITOR OBJECTION W/DRAWN; AP FILED DEC.<br>EMAIL D MAYBERRY – FILE PCC | .1 |
| 2/12/24 | EMAIL FR J MILLER RE ATTEND HEARING | .1 |
| 2/13/24 | ATTEND CONFIRMATION | 1 |
| 2/19/24 | V/M D ; FORWARD TO DORIS, SEE WHAT WANTS | N/C |

| 2/20/24 | V/M D | .1 |
|---|---|---|
| Total Hours: | | 30 |
| Expense: | Credit Reports | 85.00 |
| Total Expenses | | $85.00 |

| | |
|---|---|
| Attorney Total Time: | 30 hrs |
| Attorney Hourly Rate: | $ 350 |
| Total: | $10,500 |
| Expenses: | $85.00 |
| Grand Total: | $10,085.00 |

Note: Time slip does not include paralegal time related to uploading docs; recovering vehicle