Elsie jones

| 4/28/23 | MVL | CONSULTATION: CHP 7; NO REAL ESTATE; | N/C |
|---|---|---|---|
| 5/7/23 | MVL | T/C D RE CHAPTER 7 FILING; DAUGHTER ON PHONE; | .5 |
| 5/8/23 | MVL | T/C D RE QUESTION IF REAL LAWFIRM BEFORE PAYING; ADVISE WE ARE; WILL FORWARD WEBSITE AS PROOF; EMAIL D: BIO | .3 |
| 5/9/23 | MVL | EMAIL FR D: RECEIVED BIO, BUT MIGHT NOT BE REAL; WANTS TO MEET IN PERSON EMAIL D: ADVISE REAL; WILL BE IN GLENSIDE MON-THURS; EMAIL FR D: GLENSIDE FAR, CAN MEET SAT? EMAIL D: WILL COME IN; 1030; DON'T BE LATE | .1 .1 |
| 5/13/23 | MVL | T/C D: D RUNNING LATE; WAITING FOR DAUGHTER TO DRIVE HER; ADVISE LEAVING AT NOON; V/M D: ADVISED HAVE TO LEAVE; WAITED SINCE 1030 | .5 |
| 5/13/23 | MVL | V/M D: RE SORRY COUDLNT MAKE IT | N/C |
| 5/14/23 | MVL | T/C D: SHE WANTS ANOTHER APPTY; TOLD HER NEED TO BE MON-THURS; ADVISED TO STOP CALLING LATE AT NIGHT; APOLOGIZED; SAME NAME AS GRANDDAUGHTER | .2 |
| 5/16/23 | MVL | T/C LIZ: FRONT DESK; ADV D CAME TO BUILDING LOOKING FOR ME; DROPPED OFF DOCUMENTS | N/C |
| 5/16/23 | MVL | V/M D: CAME TO OFFICE; ADVISED IN GLENSIDE MON-THURS; IF WANT APPOINTY; NEED TO SCHEDULE | .1 |
| 5/16/23 | DM | REVIEWED DOCS; OUTSIDE BK PERIOD; CHECK, BUT NOT SIGNED ADV MVL CHECK ENCLOSED BUT NOT SIGNED; WRONG DOCS; PER MVL CLIENT ELDERLY, DOES NOT EMAIL; WILL MARK ACCORDINGLY; OPEN FILE SENT LETTER TO D RE DOCUMENTS NEEDED TO FILE; CREDIT COUNSELING INFO; HOW TO MAKE PAYMENT; LEFT D V/M RE NEED TO SIGN CHECK | .1 .3 .1 |
| 5/17/23 | MVL | V/M D: CLEAR LOOKING FOR GDAUGHTER | N/C |
| 5/18/23 | MVL | V/M D: 2 MISSED CALLS; LOOKING FOR GDAUGHTER; EMAIL D MAYBERRY TO CALL HER; | .1 |
| 5/18/23 | DM | T/C D RE TRIED TO ASSIST TO CORRECT MVL NAME IN HER PHONE; ADV CANT KEEP CALLING MVL AT ALL TIMES; SAID SHE WONT; ADV SENT LETTER TO HER RE DOCS NEEDED. D WILL CALL WHEN RECEIVE & DROP OFF CHECK. | .1 |
| 5/22/23 | BP | D DROP OFF DOCS, SCAN & FORWARD TO DORIS; | .3 |
| 5/22/23 | DM | REVIEW DOCS; BANK STATEMENTS MISSING PAGES; NO TAX RETURNS; ID EXPIRED; NEED SS CARD; BILLS | .4 |

| | | | |
|---|---|---|---|
| | | NOT D NAME? NEED LEASE; CAR INSURANCE; NO CCC; NO PAYMENT<br>SEND LETTER TO D WITH MISSING DOC REQUEST<br>T/C D – DROPPED OFF DOCUMENTS, EXPECT LETTER FOR WHAT MISSING; ALSO REMINDED NEED NEW CHECK. D FORGOT AT HOME BUT SON WOULDN'T TURN AROUND TO GET IT & ADD'L PAPERWORK SHE HAD; LET MVL KNOW | |
| 5/22/23 | MVL | T/C D: LOOKING FOR GRANDDAUGHTER; ADVISED TO UPDATE MY CONTACT AS LAWYER; WILL ASK G-DAUGHTER HOW; ADVISED CANT KEEP CALLING ME LATE AT NIGHT; ADVISED RECEIVED DOCS BUT NEEDS TO MAKE PAYMENT IN FULL TO FILE & SCHEDULE AN APPOINTMENT TO PREPARE PETITION | .2 |
| 5/23/23 | DM | EMAIL MVL RE DOCS RECEIVED, BUT NOT COMPLETE; D SAYS WILL HAVE DAUGHTER BRING HER INSTEAD OF SON WITH CHECK.<br>EMAIL FR MVL: MVL TOLD HER TO MAKE PAYMENT; STILL CALLING HER LATE NIGHT; | .1 |
| 5/29/23 | MVL | T/C D: ADVISED AGAIN, CHANGE NAME IN PHONE; CALLED ME 5 TIMES YESTERDAY/TODAY/HOLIDAY WEEKEND; QUESTIONS ABOUT CHP 7 | .3 |
| 6/1/23 | DM | T/C D RE STILL HAVE NOT RECEIVED PAYMENT OR DOCS. DOCS PROVIDED WILL GO STALE. ADV DAUGHTER WONT LET HER PAY UNTIL SHE MEETS MVL;<br>ADV MVL, PER MVL, SCH AN APPTY FOR BOTH; LEFT V/M FOR D | .2 |
| 6/14/23 | DM | D DROPPED OFF PAYMENT TO LIZ, BUT CAME BACK TO PICK UP CHECK PER LIZ 10 MIN LATER. CHECK NOT SENT TO ACCOUNTING, SO LIZ GAVE IT BACK. ADV MVL.  PER MVL, SCH APPTY OR SHE NEEDS TO GO ELSEWHERE<br>T/C D RE NEED APPTY OR WE CANT HELP HER ANYMORE. CLAIMS NOT HER, BUT DAUGHTER. TRIED TO CONVINCE HER NOT REAL LAWYER, NOT SURE WHAT TO DO. ADV MAKE APPTY. | .1<br><br>.1 |
| 6/18/23 | MVL | V/M D: DAUGHTER WANTS TO VISIT OFFICE TO CONFIRM REAL PLACE BEFORE PAY; FORWARD V/M TO MAYBERRY | .1 |
| 6/18/23 | DM | T/C D & DAUGHTER RE CONFIRM ACTUAL LAWFIRM; WANTS APPTY W MVL; HAD Q'S ABOUT CHP 7; EMAIL MVL: D & DAUGHTER ARGUED W. EACH OTHER; DAUGHTER MADE D CRY; DAUGHTER WANTS TO CONFIRM LAWFIRM BEFORE LET MOM PAY; HAD Q'S ABOUT CHP7, ADVISED TO WRITE DOWN FOR APPTY | .2 |
| 6/28/23 | MVL | V/M D: DROPPED OFF DOCS TO FILE<br>V/M D: NEED APPOINTMENT, CCC, PAYMENT TO FILE | .1 |

| | | | |
|---|---|---|---|
| 6/28/23 | DM | EMAIL FR MVL: LFT V/M FOR D; D DROPPED OFF DOCS; BE ON LOOK OUT, SUPPOSED TO INCLUDE PAYMENT; STILL HASN'T SCH APPTY BUT REACH OUT TO HER IN 2 DAYS TO SCHEDULE IF NOT HEAR FROM HER | N/C |
| 6/29/23 | DM | EMAIL MVL: DOCS DROPPED OFF; CHECK INCLUDED BUT NOT SIGNED AND MADE OUT TO MVL; ADV W CALL D FOR APPTY/STILL NO PAYMENT; PER MVL NO MORE WORK ON FILE W/O PAYMENT AND/OR APPTY | .1 |
| 7/28/23 | MVL | V/M D: LOOKING FOR GDAUGHTER; | .1 |
| 7/28/23 | MVL | T/C D RE THINKS CAR STOLEN; THOUGHT GDAUGHTER HAD CAR; ADV CALL POLICE; SAYS ONLY OWES FOR JUNE; ADV NEED TO MAKE PAYMENTS | .2 |
| 7/28/23 | MVL | T/C D: FILED POLICE REPORT; TRY CREDIT UNION; SEE IF THEY REPO'D; WEIRD IF ONLY OWE FOR JUNE; THOUGHT DIDN'T HAVE TO PAY CAR B/C FILING BK; ADVISED NO B/C CHP 7; NEED BE CURRENT; | .2 |
| 7/29/23 | MVL | T/C D: CAR REPO'D; ADVISED WILL NEED TO FILE CHP 13 INSTEAD OF 7 IF CANT CURE ARREARS; NEED TO KNOW FULL AMOUNT; THOUGHT WASN'T SUPPOSED TO PAY ANY BILLS B/C FILING BK; AGAIN TOLD HER NO; | .4 |
| 7/29/23 | MVL | EMAIL D MAYBERRY RE REACH OUT TO CREDIT UNION; REINSTATEMENT AMOUNT; REPO LOCATION EMAIL EXCHANGE D: WONT TALK TO US W/O POA OR BK; WILL ADVISE D | .1 .1 |
| 7/29/23 | DM | T/C CREDIT UNION; WILL NOT PROVIDE INFO W/O BK; INC BEING ON HOLD/TRANSFERRING DEPARTMENTS; LOOKING UP PHONE NUMBER; T/C D RE NEED ACCOUNT NUMBER | .5 |
| | | EMAIL EXCHANGE MVL: CREDIT UNION NEED POA OR BK FILED; WILL REACH OUT TO D; NEVER MADE PAYMENT; COULDN'T PATCH IN DEBTOR TO CREDIT UNION | .1 |
| 7/29/23 | MVL | REVIEW FILE; NEED CCC; PAYMENT TO FILE EMERGENCY BK; PARTIAL DOCS; CREDIT REPORT PULLED; EMAIL D MAYBERRY RE NEED CCC | .2 |
| 7/29/23 | DM | UPDATE FILE FROM CHP 7 TO CHP 13; FORWARD NEW ENGAGEMENT TO MVL; | .2 |
| 7/31/23 | DM | PREPARE & MAIL LETTER REQUESTING DOCS FOR 13 | .1 |
| 8/1/23 | MVL | EMAIL D MAYBERRY RE NEED APPTY; CAR WILL BE SOLD IF DON'T FILE; NEED CCC EMAIL EX D MAYBERRY – D WILL CALL TOMORROW | .1 .1 |
| 8/1/23 | DM | EMAIL EXCHANGE MVL – D NEED APPTY; T/C D: NEED APPTY; SAID HAD ISSUE W. COMPLETING CCC; WENT INTO PORTAL, DIDN'T COMPLETE IT; ASSIST D W COMPLETING CCC | N/C .5 |

| | | | |
|---|---|---|---|
| 8/2/23 | MVL | T/C D: RE  CAR REPO; ADV NEED TO DECIDE IF WANT TO KEEP CAR (CHP 13) OR SURRENDER (CHP 7); LIMITED TIME TO RECOVER; EXPLAINED DIFFERENCE; | .5 |
| 8/3/23 | MVL | T/C D RE DOCUMENTS; ADVISED DROP OFF TO OFFICE; ADVISED CANT GET CAR UNTIL FILE BK | .2 |
| 8/3/23 | DM | ADD ADD'L BILLS TO BC; DECEASED H BILLS; PER MVL LOOKING TO FILE EMERGENCY TODAY; | .1 |
| 8/4/23 | MVL | V/M D RE LOOKING FOR GRANDDAUGHTER TO GET UBER<br>EMAIL D MAYBERRY – SCH APPTY FOR D PLEASE W. DAUGHTER OR SON; WILL MEET IN PHILLY; GIVE LIST OF DOCS STILL NEEDED | N/C .1 |
| 8/4/23 | DM | T/C D RE APPTY | N/C |
| 8/5/23 | MVL | T/C D RE FILING CASE; QUESTIONS OVER 7/13; 80YR OLD; WHY NEED ALL INFO ASKING; ADV NEED FOR TRUSTEE BY LAW; WANTS HER DAUGHTER TO HEAR; T/C D & DAUGHTER: EXPLAIN WHY NEED DOCS; WILL TALK TO HER BROTHER | .8 |
| 8/6/23 | DM | EMAIL MVL: D CALLED, WASN'T SURE IF SHOULD COME IN W/O ALL DOCS; MVL SAID YES; ADV D | .1 |
| 8/6/23 | MVL | EMAIL EX MAYBERRY: D DOESN'T HAVE ALL DOCS; STILL COME? (YES) | .1 |
| 8/7/23 | MVL | FILE EMERGENCY BK;<br>MEET W. SON (LATE, CAME FROM DELAWARE);<br>DISCUSS IF NEED NEXT FRIEND (NOT AT THIS TIME);<br>NEED A POA PREPARED (D 80 YR OLD); EXPLAIN BK PROCESS; QUESTION IF D SHOULD BE DRIVING/IF WORTH KEEPING CAR; D WANT TO DO 13; D NO DOCS; D DIDN'T WANT TO DO INTAKE W. SON THERE; ADV SON/DAUGHTER WILL NEED TO HELP HER @ SOME PT, SO WILL NEED TO "KNOW HER BUSINESS" BUT OK; EXPLAIN BK PROCESS SON; DIFF BTW 7/13<br>EMAIL MAYBERRY: CALL CREDIT UNION; RELEASE VEHICLE | .4<br>1.1<br>.1 |
| 8/7/23 | DM | CALL CREDIT UNION TO RELEASE; CREDIT UNION WONT TALK W. ME; ADV MVL | .3 |
| 8/7/23 | MVL | EMAIL EX MAYBERRY: CU WONT TALK TO US W/O POA; ADV DO 3WAY W D/ | .1 |
| 8/7/23 | DM | 3WAY D & CU – WILL NOT RELEASE CALL; REFERRED TO LAWYER BUT WILL REMOVE FROM SALE LIST; INCLUDE HOLD TIME/TRANSFER TO MANAGER; ADV MVL<br>PER MVL, GET INFO FROM CU FOR LAWYER | .5 |
| 8/7/23 | DM | CALL CU, CLOSED | N/C |
| 8/8/23 | DM | V/M D RE WANTS CAR<br>T/C D RE ADV WILL NEED TO WAIT; WILL CALL HER WHEN SHE CAN GET CAR | N/C .1 .2 |

| | | T/C CU – ADV WILL NEED TO SPEAK W MANAGER BUT NOT IN YET ADV MVL | |
|---|---|---|---|
| 8/8/23 | DM | FOLLOW-UP CU RE CAR RELEASE; MANAGER ADV WITH ATTORNEY; ATTORNEY WILL CONTACT US; REQUESTED NAME OF ATTY, WILL CONTACT US; ADV MVL | .2 |
| 8/9/23 | MVL | V/M D RE EMERGENCY, CU WONT RELEASE CAR; | N/C |
| 8/9/23 | MVL | V/M D RETURNING CALL V/M D RE LETTER FROM COURT | .1 |
| 8/9/23 | MVL | T/C D RE LETTER FROM COURT; NEED APPTY TO COMPLETE PETITION; CALL D MAYBERRY TO RECOVER CAR | .3 |
| 8/9/23 | DM | CALL CU MANAGER ADV ATTY STILL HASN'T CONTACTED US; ADV THEY WILL REACH OUT; | .1 |
| 8/9/23 | MVL | EMAIL DORIS – TRY REACH CREDIT UNION; SEE WHERE CAR LOCATED | .1 |
| 8/9/23 | DM | CALL CU – PROVIDED LOCATION OF VEHICLE; CONFIRM WILL NOT BE MOVED OUT OF STATE LEFT V/M FOR D | .2 |
| 8/9/23 | MVL | T/C D RE WANTED ME TO CALL UBER; ADVISED NOT GRANDDAUGHTER; REMINDED HER TO CALL DORIS | .1 |
| 8/9/23 | MVL | V/M D RE LOOKING FOR DORIS; EMAIL D MAYBERRY – PLEASE CALL D | .1 |
| 8/9/23 | DM | VM D | N/C |
| 8/9/23 | MVL | V/M D RE EMERGENCY; RETURNING DORIS CALL; FORWARD TO DORIS | .1 |
| 8/9/23 | DM | VM D | N/C |
| 8/9/23 | MVL | EMAIL EX. DORIS – KEEPS CALLING D BUT GOES STRAIGHT TO V/M | .1 |
| 8/9/23 | MVL | T/C D RE DORIS TRYING TO REACH HER; TRANSFER TO DORIS; DON'T KNOW WHERE CAR IS RT NOW, SHE NEEDS TO WAIT | .1 |
| 8/9/23 | DM | T/C D RE STATUS OF VEHICLE, WILL NOT BE MOVED OUT OF STATE, WILL LET HER KNOW EXACT LOCATION WHEN GET INFO | .1 |
| 8/10/23 | DM | EMAIL MVL: FINALLY RECEIVED EXACT LOCATION, WILL FORWARD INFO TO D | N/C |
| 8/10/23 | MVL | EMAIL D: FORWARD INFO FOR WHERE TO PICK UP CAR | .1 |
| 8/10/23 | MVL | T/C D RE CAR REPO; PLACE CLOSED; TRANSFER TO D MAYBERRY | .1 |
| 8/10/23 | DM | VM D | N/C |
| 8/10/23 | MVL | V/M D RE URGENT, NO MSG | .1 |
| 8/10/23 | MVL | V/M D RE URGENT, NO MSG | N/C |
| 8/10/23 | DM | EMAIL MVL: KEEP GETTING TRANSFERRED AROUND AT CU; SENT PROOF OF BK AS REQUESTED; HAVENT | .1 .3 .4 |

| | | | |
|---|---|---|---|
| | | HEARD FROM ANYLAWYER; D KEEPS CALLING; NEED MVL TO CALL CU/D B/C TOO MUCH<br>T/C CU RE ARRANGE TO PICK UP VEHICLE; NEED LAWYER TO CALL;<br>T/C D: MULTIPLE CALLS RE PICKING UP VEHICLE. SHE IS AT REPO LOCATION. TOLD HER TO GO HOME. TLD HER TO LOOK OUT FOR BK PAPERWORK, NEED APPTY TO REVIEW PETITION, HOW TO OBTAIN FRANKLIN MINT BANK STATEMENTS | |
| 8/10/23 | MVL | EMAIL EXCH. MAYBERRY: KEEPS GETTING TRANSFERRED AROUND @ CU; ADV D PANICKING/CALLING NON-STOP; CANT GET WORK DONE; REQUESTED STEP IN<br>T/C RE D & CREDIT UNION (ERIN MOORE FMFCU) RE RETURN OF CAR; ADV WILL CALL REPO TO NOT SELL CAR; INC. HOLD/TRANSFERS | .1<br>.6 |
| 8/11/23 | MVL | T/C D RE CAR REPO; WENT TO LOCATION FOR CAR; WONT RELEASE W/O CU APPROVAL | .3 |
| 8/11/23 | MVL | V/M D RE CAR REPO | .1 |
| 8/11/23 | MVL | V/M D RETURNING CALL | .1 |
| 8/11/23 | MVL | T/C D RE CAR REPO; ADVISED TO WAIT THERE WHILE I CALL ERIN @ CU TO RELEASE VEHICLE; EMAIL PROOF OF FILING TO DAUGHTER TO SHOW REPO; D ADVISES SHE'S GONE DOWN THERE MULTIPLE TIMES TO GET CAR & NEVER OPENED | .3 |
| 8/11/23 | MVL | V/M D RE CAR REPO | .1 |
| 8/11/23 | MVL | T/C ERIN @ FMFCU: D GONE TO REPO SEVERAL TIMES; POSTED HOURS AREN'T ACCURATE; WONT RELEASE VEHICLE; ADVISES WILL REFER TO HER ATTY; KNOWS ABOUT BK;<br>EMAIL D MAYBERRY: FORWARD PROOF OF FILING TO ERIN<br>EMAIL ERIN @ FMFCU: ADVISES WILL KEEP CAR UNTIL HEAR FROM ATTY, C BRENNAN | .2<br>.1 |
| 8/11/23 | MVL | EMAIL C BRENNAN – REQUEST RELEASE VEHICLE; FORWARD MOORE EMAIL; PROOF BK FILING; TRYING TO GET CAR BACK ALL WEEK | .1 |
| 8/11/23 | MVL | EMAIL FR BRENNAN RE CLIENT AWARE OF BK BUT KEEP PER PREPETITION STATUS QUO; WILL NOT BE SOLD; WANTS ADEQUATE PROTECTION PRIOR TO PICK UP; FOR AP WANTS: PROOF OF ADEQUATE INSURANCE FOR THE VEHICLE MUST BE PROVIDED. MY CLIENT DOES NOT CURRENTLY HAVE THIS FROM MS. JONES.<br>• MS. JONES MUST MAKE THE FIRST POST-PETITION PAYMENT DUE ON THE AUTO LOAN IN THE AMOUNT OF $630.91.<br>• MS. JONES MUST PAY THE REPOSSESSION FEE OF $425.00; THE FLAT BED FEE OF $150.00; AND | .2 |

| | | ANY COLLATERAL STORAGE FEES CHARGED BY THE REPO YARD (I UNDERSTAND THIS TO BE $40.00 PER DAY FROM THE DATE THE REPO OCCURRED, AND PAYMENT SHOULD BE MADE DIRECTLY TO THE STORAGE FACILITY).<br>• THE DEBTOR MUST FILE, OR AT LEAST SHARE, A COPY OF A FEASIBLE CHAPTER 13 PLAN THAT SHOWS HOW SHE IS GOING TO AFFORD TO PAY THE PRE-PETITION LOAN ARREARS (INCLUDING PRINCIPAL AND INTEREST PAYMENTS, PLUS LATE CHARGES) AND THE REGULAR PAYMENTS GOING FORWARD.<br>FORWARD EMAIL MAYBERRY: GET PROOF OF INSURANCE | |
|---|---|---|---|
| 8/11/23 | MVL | EMAIL C BRENNAN: ADVISED INSURANCE IS AP PLUS EQUITY IN CAR; VEHICLE BEING PAID THROUGH PLAN; JUST RELEASE CAR | .1 |
| 8/11/23 | DM | EMAIL FR MVL RE INSURANCE;<br>T/C D RE INSURANCE – D ADV CANCELLED IT B/C SHE NO LONGER HAD CAR SO SHE SHOULDN'T HAVE TO PAY FOR INSURANCE UNTIL GET CAR; ADV THAT'S NOT HOW IT WORKS.<br>T/C D RE CANT GET INSURANCE UNTIL 30TH. ASKED IF WILL CALL INSURANCE COMPANY TO MAKE THEM GIVE IT TO HER; ADV NO.<br>LET MVL KNW | .1<br>.1 |
| 8/11/23 | MVL | EMAIL EX D MAYBERRY: HAVE INSURANCE IN FILE, BUT MAYBERRY CALLED D LAST NIGHT; D DROPPED INSURANCE AFTER CAR REPO; WONT HAVE INSURANCE UNTIL 30TH | .1 |
| 8/11/23 | MVL | V/M D RE CAR INSURANCE | .1 |
| 8/11/23 | MVL | T/C D RE NEED INSURANCE OR CANT GET BACK CAR; WILL CALL HER SON; ADVISED DON'T CANCEL ANYTHING ELSE, CAUSING MORE PROBLEMS; CANCELLED INSURANCE B/C DIDN'T HAVE CAR; | .3 |
| 8/11/23 | MVL | V/M D RE SON ON LINE | .1 |
| 8/11/23 | MVL | V/M D RE RETURNING CALL | .1 |
| 8/11/23 | MVL | T/C D; 3-WAY SON; D NEEDS INSURANCE ; CANT GET INSURANCE REINSTATED AFTER CANCELLED IT; HE WILL TRY TO GET THROUGH HIS BUSINESS; ADVISED LET ME KNOW | .3 |
| 8/11/23 | MVL | EMAIL FR C BRENNAN: ADVISED ME TO FILE M FOR TURNOVER SINCE OBJECT TO OTHER CONDITIONS | .2 |
| 8/11/23 | MVL | RESEARCH TURNOVER ISSUE/AP/INSURANCE; FULTON; ADV V. M<br>EMAIL C BRENNAN RESEARCH RE TURNOVER, WANT ADVERSARY OR MOTION? | 1.6<br>.1 |

| 8/11/23 | MVL | EMAIL FR C BRENNAN: RECEIVED RESEARCH; WILL DISCUSS W. CLIENT; SEND M TURNOVER BEFORE FILING | .1 |
|---|---|---|---|
| 8/11/23 | MVL | DRAFT M TURNOVER, FORWARD BRENNAN | 1.4 |
| 8/11/23 | MVL | EMAIL FR C BRENNAN RE TURNOVER; WILL CONFIRM CONDITION OF VEHICLE W. REPO AGENT; IF CONDITION PAN OUT, CLIENT WILLING TO NEGOTIATE ON AP, BUT NOT WILLING WAIVE: (I) EVIDENCE OF ADEQUATE INSURANCE FOR THE VEHICLE; (II) A COPY OF A PLAN WITH APPROPRIATE SUPPORTING MATERIALS SHOWING HOW THE PRE-PETITION ARREARS AND PAYMENTS GOING FORWARD ARE GOING TO BE MADE; AND (III) PAYMENT OF ALL POST-PETITION STORAGE FEES ($40/DAY FROM AND AFTER THE VOLUNTARY PETITION DATE | .2 |
| 8/11/23 | MVL | EMAIL C BRENNAN: WASTING MONEY ON THIS; JUST GIVE OVER THE CAR; WILL GET INSURANCE | .1 |
| 8/11/23 | MVL | T/C D: REDACTED/ATTORNEY/CLIENT PRIVILEGE | .4 |
| 8/12/23 | MVL | EMAIL C BRENNAN: FORWARD PROOF OF INSURANCE/NADA | .1 |
| 8/13/23 | MVL | V/M D RE CAR REPO | .1 |
| 8/14/23 | MVL | V/M D RE CAR REPO; STILL WONT RELEASE | .1 |
| 8/14/23 | MVL | T/C D RE: REPO WANTS 3000 TO GET CAR; ADVISE NOT TO PAY; ALSO STOP GOING DOWN THERE TIL TELL HER TO; WASTING TIME GOING THERE IF LAWYER WONT CLEAR | .3 |
| 8/14/23 | MVL | V/M C BRENNAN – REPO TRYING TO COLLECT FEE TO RELEASE CAR | .1 |
| 8/14/23 | MVL | EMAIL BRENNAN: CONDITION OF VEHICLE ACCEPTABLE; STILL WANTS OTHER ITEMS; SHE IS LEAVING TOWN THUR/FRI | .1 |
| 8/14/23 | DM | LETTER TO D RE MISSING DOCS, REQUEST FOR APPTY TO COMPLETE PETITION | .1 |
| 8/14/23 | MVL | EMAIL EX C BRENNAN RE DRAFTING PROPOSED PLAN, BUT OBJECT TO POST-PETITION STORAGE FEES; | .2 |
| 8/14/23 | MVL | REVIEW NEW INSURANCE; FORWARD TO BRENNAN | .1 |
| 8/14/23 | MVL | EMAIL EXCHANGE C BRENNAN RE INSURANCE CARD NOT SUFFICIENT; FMFCU NOT LISTED AS LOSS PAYEE T/C SON RE INSURANCE; WILL GET REISSUED | .1 .2 |
| 8/14/23 | MVL | EMAIL FR C BRENNAN: CLAIMS CANT GOOD FAITH RECOMMEND RELEASE B/C OF POST-PETITION STORAGE FEES; WANTS ME TO WAIVE OBJECTION TO FEES | .1 |
| 8/14/23 | MVL | EMAIL C BRENNAN ADVISE WILL NOT WAIVE; WILL FILE THE MOTION DRAFTED LAST WEEK | .1 |
| 8/14/23 | MVL | FORWARD M TURNOVER TO D MAYBERRY; UPDATE NOTICE/COS | .1 |

| 8/14/23 | DM | UPDATE NOTICE FOR ADVERSARY FOR TURNOVER; PREPARE EXPEDITED REQUEST; FILE ADVERSARY & EXPEDITED DEADLINE REQUEST | .5 |
|---|---|---|---|
| 8/14/23 | MVL | FORWARD INSURANCE CARD TO CORINNE; REQUESTED HOLD OFF ON MOTION IF NOT FILED YET EMAIL D MAYBERRY- HOLD ON FILING; MAYBERRY ADVISES IN MIDDLE FILING; BUT THINK CANCELLED IT; CHECKED DOCKET – NOT FILED | .1 .1 |
| 8/16/23 | MVL | T/C RE: CHP 7/13/CAR ISSUE; REDACTED ATTORNEY-CLIENT PRIVILEGE; DRAFT AMENDED PLAN; REVIEW DEF; J EMAIL EX C BRENNAN: TO WAIVE POST-PETITION FEE; FORWARD PROPOSED PLAN | 1.20 |
| 8/17/23 | MVL | V/M D RE CAR | .1 |
| 8/17/23 | MVL | T/C D RE CAR; GO PICK IT UP | .2 |
| 8/17/23 | MVL | T/C D RE NEED TO SCHEDULE PICK UP VEHICLE; SHOULD BE THERE; ASKED ME TO TALK TO REPO | .4 |
| 8/21/23 | MVL | MEET W. D; REVIEW AND COMPLETE PETITION; REVIEW DOCS | 2.4 |
| 8/22/23 | DM | Prepared letter and mailed petition, petition cover letter, payment letter and TFS info; ADD'L DOC REQUEST | .3 |
| 8/23/23 | MVL | EMAIL MAYBERRY RE DOCUMENTS PER DORIS REQUEST; HAVING ISSUES W. D | .1 |
| 8/23/23 | DM | T/C ADV MVL, TOO DIFFICULT TO WORK W; MISSING DOC AND FIGHTING ME ON WHY SHOULD PROVIDE B/C OF PRIVACY; MVL SAYS MAKE HER COME IN; SHOW HER WHY DOCS PROVIDED WRONG/MISSING; | .2 |
| 8/24/23 | MVL | EMAIL MAYBERRY RE DOCUMENTS; D WANTS APPTY | .1 |
| 8/28/23 | MVL | V/M D RE APPOINTMENT | .1 |
| 8/29/23 | MVL | V/M D RE APPOINTMENT | .1 |
| 8/29/23 | MVL | T/C D RE APPOINTMENT; MAKE APPTY W. DORIS NOT ME FOR DOCS | .1 |
| 8/29/23 | DM | MEET W. D DOCS; REVIEWED W D; CLAIMS WILL PROVIDE; ADV MVL THAT CASE LIKELY TO BE DISMISSED IF DON'T GET DOCS | .4 |
| 9/1/23 | MVL | T/C D RE LOOKING FOR GRANDDAUGHTER | .1 |
| 9/4/23 | MVL | T/C D RE LOOKING FOR GRANDDAUGHTER, ADVISE IT AFTER 10; WANTS MAKE APPOINTMENT FOR TOMORROW; CLAIMS NOT RELATED TO DOCS | .1 |
| 9/5/23 | DM | T/C D RE YELLED AT ME OVER FRANKLIN MINT STATEMENTS; WILL NOT PROVIDE; ADV WILL LET MVL KNOW | .1 |
| 9/5/23 | MVL | T/C D RE EXPLAIN TRUSTEE PAYMENT; TRUSTEE GETS A COMMISSION | .2 |
| 9/11/23 | MVL | EMAIL EXCHANGE T WALL; D MAYBERRY RE D CALLED TRUSTEE, ISSUE MAKING PLAN PAYMENT | .1 |
| 9/11/23 | DM | T/C D RE HAD QUESTIONS FOR MVL; FORWARD TO MVL | N/C |

| 9/11/23 | MVL | T/C D & DAUGHTER RE TSF | .3 |
|---|---|---|---|
| 9/15/23 | MVL | REVIEW LENDER OBJECTION | .1 |
| 9/21/23 | MVL | EMAIL V WILSON – RECALL D RE FMFCU OBJECTION | . |
| 9/21/23 | DM | LETTER D RE 341 MEETING INFORMATION; UPLOAD & ORGANIZE DOCS TO TRUSTEE | 1.1 |
| 9/25/23 | DM | T/C D RE TRUSTEE OBJECTION, ADV THAT EVERYTHING IS OK; MVL WOULD LET HER KNOW | .2 |
| 9/26/23 | DM | FILE PCC & PAY INFO | .1 |
| 10/25/23 | MVL | REVIEW PETITION W. D RE 341; WHAT TO EXPECT ATTEND 341  (DIFFICULTY W. HEARING) | .5 <br> .5 |
| 10/25/23 | MVL | T/C D RE AGENT ORANGE LAWSUIT; PROVIDED INFO TO VA RE AGENT ORANGE; <br> CALL V MILLER @ VA RE AGENT ORANGE LAWSUIT; WILL LIKELY NEVER RECOVER ANYTHING; WANTS PROOF OF MARRIAGE; <br> SEND LETTER TO D RE AGENT ORANGE SUIT | .4 <br> .8 <br> .2 |
| 10/25/23 | MVL | REVIEW POCS, AMEND I/J/AB/SOFA; | .5 |
| 11/2/23 | MVL | EMAIL S FLAGLER RE 341 NOTES | N/C |
| 11/13/23 | MVL | EMAIL EXCHANGE RE CAR | .2 |
| 11/13/23 | DM | EMAIL MVL RE D'S SON HAD QUESTION ABOUT CAR & INSURANCE; PER MVL SHE WILL REACH OUT TO ATTY | N/C |
| 11/13/23 | MVL | EMAIL T WALL RE STATUS REPORT <br> EMAIL D MAYBERRY – DID D REQUEST THIS? (NO) | .1 |
| 12/9/23 | MVL | AMEND PLAN; T/C D RE AP <br> EMAIL EX C BRENNAN RE NOT GOIN TO OBJECT TO INTEREST RATE, IF NOT OBJECT TO POST-PETITION FEES; AGREED; WILL W/DRAW OBJECTION | .6 |
| 12/11/23 | MVL | T/C D – HEARD RADIO; WANTS FILE CHP 7; ADVISED CANT FILE B/C VEHICLE; IF WANT CHP 7, SURRENDER VEHICLE <br> EMAIL D MAYBERRY - AP | .4 |
| 12/11/23 | DM | SERVE AP | .3 |
| 12/11/23 | MVL | EMAIL J MILLER/VIKKI – AP FILED; CONFIRMATION CONT'D | .1 |
| 12/20/23 | MVL | LENDER W/DRAW | N/C |
| 1/20/23 | DM | EMAIL MVL: COURT CALENDAR MAY BE WRONG; THINK CRT MISCALENDERED; PER MVL, REACH OUT TO TRUSTEE | N/C |
| 1/23/24 | MVL | EMAIL RE CONFIRMATION J MILLER, LISTED ON WRONG CALENDAR? | .1 |
| 2/10/24 | MVL | EMAIL D MAYBERRY RE COS FOR AP; CONFIRM AP SERVED; REVIEW FILE; GOOD TO CONFIRM | .1 <br> .4 |
| 2/11/24 | MVL | EMAIL J MILLER/WILSON RE CONFIRMATION; CREDITOR OBJECTION W/DRAWN; AP FILED DEC. <br> EMAIL D MAYBERRY – FILE PCC | .1 |
| 2/12/24 | MVL | EMAIL FR J MILLER RE ATTEND HEARING | .1 |
| 2/13/24 | MVL | ATTEND CONFIRMATION | 1 |
| 2/19/24 | MVL | V/M D ; FORWARD TO DORIS, SEE WHAT WANTS | N/C |

| 2/19/24 | DM | T/C D RE CHECKING ON STATUS OF CASE. ADV STILL NOT CONFIRMED BUT CONT MAKING PAYMENT; SHE WANTS TO SPEAK W D ANYWAY, BEHIND ON UTILITIES | .1 |
|---------|-----|-----|-----|
| 2/20/24 | MVL | V/M D | .1 |
| | | | |

ATTORNEY TIME: 30 hrs @ 375 = $11,250

PARALEGAL TIME: 9.8 @ 185 = $1813.00

Total: 13,063  reduced to 7000.

Fees: Credit Reports $85