UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Elsie Jones, | : | Case No.   23-12363 (PMM) |
| | : | |
| Debtor. | : | |

ORDER ACCOMPANYING OPINION

**AND NOW,** upon consideration of the Application for Compensation and Expenses (the "Application) of counsel, Michelle Lee, Esquire, for Chapter 13 Debtor Elsie Jones seeking fees in the amount of $7,000.00 and reimbursement of expenses of $85.00 (Doc. #30), and for the reasons stated in accompanying Memorandum Opinion;

It is hereby **ORDERED** that:

1. The Application is **GRANTED IN PART AND DENIED IN PART**.

2. Compensation in the amount of $5,500.00 and reimbursement of expenses of $85.00 shall be allowed to Counsel.

Date:  August 26, 2024

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE